UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BAHER ABDELGAWAD, individually and derivatively on behalf of Exclusive Supplements, Inc.

    Plaintiff,

v.

MARK MANGIERI, DANIEL COLUMBUS, TIMOTHY GATTI, ANTHONY RAZZANO, and JOHN J. RICHARDSON,

    Defendants

Case No. 2:12-cv-01599-CB

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the parties hereby stipulate, through their respective counsel, to dismiss this case with prejudice, setting forth the following:

1. The parties have negotiated a confidential Global Settlement Agreement which resolves all claims asserted by Baher Abdelgawad against the Defendants.

2. Abdelgawad filed this action, alleging among other things, multiple breaches of fiduciary duty and defamation.

3. The parties have agreed to resolve this matter by paying Abdelgawad a confidential settlement amount pursuant to that certain Global Settlement Agreement.

4. All parties shall bear their own costs and fees.

5. Therefore, the parties request that this Court enter an order confirming the terms of this stipulation and dismissing this action against all Defendants with prejudice.

Respectfully submitted,

| Plaintiff's Attorneys: | Defendants' Attorneys: |
|---|---|
| Dated: February 20, 2013 | Dated: February 20, 2013 |

Plaintiff's Attorneys:

Dated: February 20, 2013

*/s/ Kimberly J. Kisner*
Kimberly J. Kisner, Esq.

*/s/ David M. Manes*
David M. Manes, Esq.

KISNER LAW FIRM, LLC
One Oxford Centre
301 Grant St, Suite 4300
Pittsburgh, PA 15219

Defendants' Attorneys:

Dated: February 20, 2013

*/s/ Amy Joseph Coles*
Amy Joseph Coles, Esq.
Gerald J. Schirato, Jr, Esq.
DUANE MORRIS LLP
600 Grant St, Suite 5010
Pittsburgh, PA 15219

*/s/ Michael E. Hughes*
Michael E. Hughes, Esq.
Michael Hughes & Associates, LLC
355 Fifth Ave, Suite 1416
Pittsburgh, PA 15222