UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BAHER ABDELGAWAD, individually and
derivatively on behalf of Exclusive
Supplements, Inc.

  Plaintiff,

v.

MARK MANGIERI, DANIEL COLUMBUS,
TIMOTHY GATTI, ANTHONY RAZZANO,
and JOHN J. RICHARDSON,

  Defendants

Case No. 2:12-cv-01599-CB

## ORDER OF COURT

AND NOW, this 21st day of February, 2013, based upon the stipulation of the parties,

IT IS SO ORDERED that this action is dismissed with prejudice. All parties shall bear their own

costs and fees.

Dated:   2/21/2013

        _Cathy Bissoon_
        Hon. Cathy Bissoon, U.S. District Judge